# FEDERAL DEFENDERS
### MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
### 201 MONROE STREET, SUITE 1960
### MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

February 8, 2008

Honorable Charles S. Coody
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104
**BY HAND DELIVERY**

0 8 cm 1439

Re:   *Lakate Webster*

Dear Judge Coody:

Our office has been contacted by Assistant U.S. Attorney Jerusha T. Adams, regarding appointment of counsel for Ms. Webster, who is a target in an investigation.

Ms. Adams has indicated that Ms. Webster wishes to resolve this matter prior to indictment and is unable to afford counsel. A financial affidavit signed by Ms. Webster is enclosed with this letter.

I am therefore requesting that appointment of counsel be permitted by the Court. It is my understanding that our office would be able to accept an appointment in this case

Please let me know if you need any additional information. Thank you for your consideration of this request.

Sincerely,

Christine A. Freeman

caf/
cc:   Jerusha T. Adams, Esq.