IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIM. MISC. NO. 08cm1439-CSC |
| ) | |
| LAKATE WEBSTER ) | |

**MOTION TO WITHDRAW FEDERAL DEFENDERS**
**AS COUNSEL OF RECORD AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

COMES NOW the Federal Defenders Office and moves to withdraw the office as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Lakate Webster.

In support of this Motion, counsel states the following:

1. On February 12, 2008 the Federal Defender Office was appointed to represent Ms. Webster with respect to the above- styled case.

2. A conflict exists between the Federal Defenders Office, Ms. Webster and a client of the Federal Defenders Office.

3. Undersigned counsel requests that on behalf of Ms. Webster, CJA panel attorney J. Carlton Taylor, Esquire, be appointed to represent her in all further proceedings in this case. Ms. Webster will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defenders be permitted to withdraw from the representation of Ms. Webster and that CJA Panel Attorney, J. Carlton Taylor, Esquire be appointed to represent her.

        Respectfully submitted,

        s/ Kevin L. Butler  
        KEVIN L. BUTLER  
        First Assistant Federal Defender  
        201 Monroe Street, Suite 407  
        Montgomery, Alabama 36104  
        Phone: (334) 834-2099  
        Fax: (334) 834-0353  
        E-mail: kevin_butler@fd.org  
        AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIM. MISC. NO. 08cm1439-CSC |
| | ) | |
| LAKATE WEBSTER | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 13, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138