IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08cm1439-CSC |
| | ) | |
| LAKATE WEBSTER | ) | |

**ORDER**

Now pending before the court is defendant Webster's motion to allow Kevin Butler to withdraw as counsel of record and to appoint J. Carlton Taylor, a CJA panel attorney, to represent her. (Doc. # 4). Upon consideration of the motion, and for good cause, it is

ORDERED that the defendant's motion to allow Kevin Butler to withdraw (doc. # 4) be and is hereby GRANTED. It is further

ORDERED that the defendant's motion to appoint J. Carlton Taylor, a CJA panel attorney (doc. # 4), be and is hereby GRANTED and J. Carlton Taylor be and is hereby appointed to represent the defendant. Taylor shall file a notice of appearance with the court.

Done this 14th day of February, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE