**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **08cm1439-CSC** |
| | ) | |
| | ) | |
| | ) | |
| **LAKATE WEBSTER** | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

    **COMES NOW**, J. Carlton Taylor, CJA Panel Attorney, and respectfully files this

Notice of Appearance of Counsel in the above referenced case on behalf of the

Defendant, Lakate Webster.  Counsel further requests that all future notices, pleadings

motions and correspondence relating to this case be served upon him.

    **RESPECTFULLY SUBMITTED**, this the 19th day of February, 2008.

           /s/  J. Carlton Taylor_____
           J. CARLTON TAYLOR
           Attorney for the Defendant
           ASB 5037-L53J
           5748 Carmichael Parkway Suite D
           Montgomery, Alabama 36117
           (334) 244-0447
           (334) 244-0794
           jtaylor@fullerandtaylor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 19th day of February, 2008.

/s/  J. Carlton Taylor
J. CARLTON TAYLOR
 Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

Jerusha Adams
U.S. Attorney's Office
PO Box 197
Montgomery AL 36101-0197